MINUTE ENTRY
WILKINSON, M. J.
MARCH 31, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CANDIES SHIPBUILDERS, LLC | CIVIL ACTION |
| VERSUS | NO. 15-1798 |
| WESTPORT INSURANCE CORP. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

A settlement conference was conducted on this date before the undersigned magistrate judge. The court having been advised after discussions that a settlement has been reached and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to seek summary judgment enforcing the compromise or to reopen the action if settlement is not consummated. The court approves the settlement, incorporates it into this dismissal order, and retains jurisdiction for enforcement purposes.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 2 : 45